**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

MALICH REED                                                                PLAINTIFF
REG. #28371-177

V.                      NO: 2:10CV00159 SWW/HDY

JOHN DOES                                                      DEFENDANTS

**ORDER**

Plaintiff filed this complaint on October 12, 2010. On November 1, 2010, the Court entered an order finding that, liberally construing Plaintiff's complaint, he had stated a claim for relief, but observing that Plaintiff identified as Defendants only John Does. Plaintiff was ordered to file an amended complaint identifying the specific individuals responsible for the alleged constitutional violations. Plaintiff has now filed the amended complaint, and has named as Defendants T.C. Outlaw, Breckon, and M. Jemmot (docket entry #5). Accordingly, service will be ordered.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendants T.C. Outlaw, Breckon, and M. Jemmot. The Clerk of the Court is directed to prepare a summons for said Defendants, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), amended complaint (docket entry #5), this order, and summons, on them, without prepayment of fees and costs or security therefor.

DATED this   23   day of November, 2010.

                                                             _____
                                                             UNITED STATES MAGISTRATE JUDGE