## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

MALICH REED                                                                                           PLAINTIFF
REG. #28371-177

V.                                          NO: 2:10CV00159 SWW/HDY

JOHN DOES                                                                                          DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Defendants' motion for summary judgment (docket entry #20) is GRANTED IN PART AND DENIED IN PART.

2.      Defendants' motion is GRANTED with respect to Plaintiff's conditions of confinement claims, and all such claims are DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to exhaust his administrative remedies prior to filing this lawsuit.

3.      Defendants' motion is DENIED with respect to his excessive force claims.

DATED this 7th day of July 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE