**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

MALICH REED                                                                                                    PLAINTIFF
REG. #28371-177

V.                                           NO: 2:10CV00159 SWW/HDY

JOHN DOES                                                                                                   DEFENDANTS

## ORDER

By Order entered July 7, 2011 [doc.#40], the Court, noting that no objections have been filed, adopted in full Proposed Findings and Partial Recommended Disposition [doc.#38] submitted by United States Magistrate Judge H. David Young that (1) granted Defendants' motion for summary judgment with respect to Plaintiff's conditions of confinement claims and dismissing all such claims without prejudice due to Plaintiff's failure to exhaust his administrative remedies prior to filing this lawsuit, and (2) denied Defendants' motion with respect to Plaintiff's excessive force claims.

On July 11, 2011, the Court received Plaintiff's undated and belated objection [doc.#42] to the Proposed Findings and Partial Recommended Disposition. Thereafter, the Court received what has been docketed as Plaintiff's motion [doc.#43] for reconsideration. Having reviewed Plaintiff's objection and motion for reconsideration, the Court finds no basis for reconsidering its adoption in full of the Proposed Findings and Partial Recommended Disposition [doc.#38]. Accordingly, Plaintiff's motion [doc.#43] for reconsideration is denied.

IT IS SO ORDERED this 25th day of July 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE