# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

MALICH REED                                                                                              PLAINTIFF
REG. #28371-177

V.                                         NO: 2:10CV00159 SWW

JOHN DOES                                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of June 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE